No. 03–1466.  CHASE MANHATTAN BANK, TRUSTEE *v.* BASCOM CORP. ET AL.; and

No. 03–1467.  CHASE MANHATTAN BANK, TRUSTEE *v.* ASKEW. Super. Ct. N. J., App. Div.  Certiorari denied.

No. 03–1469.  JONAS *v.* SOUTH CAROLINA DISCOUNT AUTO CENTER.  Sup. Ct. S. C.  Certiorari denied.

No. 03–1477.  GESIORSKI ET UX. *v.* BRANCH BANKING & TRUST CO., FKA CARROLL COUNTY BANK & TRUST.  C. A. 3d Cir.  Certiorari denied.

No. 03–1478.  GOUIN *v.* GOULD, ASSOCIATE JUSTICE, MASSA-. CHUSETTS PROBATE AND FAMILY COURT DEPARTMENT, SUFFOLK COUNTY DIVISION, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 03–1479.  GALLEGOS *v.* JICARILLA APACHE NATION ET AL. C. A. 10th Cir.  Certiorari denied.

No. 03–1483.  RAHN *v.* KAPS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 03–1484.  YEE *v.* COURT OF APPEALS OF MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 03–1497.  SAUDI *v.* MARINE TRANSPORT LINES, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–1525.  FORD *v.* NEW YORK CITY TRANSIT AUTHORITY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 03–1526.  HOCKING VALLEY COMMUNITY HOSPITAL *v.* EDWARDS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 03–1531.  ANDERSON *v.* PEARSON ET AL.  C. A. 4th Cir. Certiorari denied.

No. 03–1556.  MACY *v.* KENTUCKY.  Cir. Ct. Hopkins County, Ky.  Certiorari denied.

No. 03–1580.  MALDONADO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.